UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY CAROLA JACOBSON,
et al.,

    *Plaintiffs*,

V.                                         CASE NO. 1:18-CV-95-MW/GRJ

KENNETH W. DETZNER, in his official
capacity as the Florida Secretary
of State,

    *Defendant.*
_____/

**ORDER TRANSFERRING VENUE**

This Court, on its own motion, transfers the above-captioned case from the Gainesville Division to the Tallahassee Division of the U.S. District Court for the Northern District of Florida.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Venue is appropriate in a judicial district "in which any defendant resides, if all defendants are residents of the State in which the district is located" or "in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). "A district court may *sua sponte* transfer a civil action to any other district where it might have been if doing so will be convenient for the parties

1

and witnesses and serve the interest of justice." *Nalls v. Coleman Low Federal Inst.*, 440 F. App'x 704, 706 (11th Cir. 2011).  By extension, a district court may also *sua sponte* transfer between divisions within a district.

Tallahassee is an appropriate division for the convenience of the parties and witnesses. Although two plaintiffs live in Alachua County, Tallahassee is where a substantial part of the events giving rise to plaintiffs' claims occurred. This case is primarily a legal—as opposed to a factual—dispute and so, for the convenience of the parties' attorneys, as well as the ability of this Court to schedule for the benefit of the parties, the Tallahassee Division is the more appropriate venue.  The Clerk shall take all necessary steps to transfer this matter to the Tallahassee Division and close the Gainesville file.  If any of the parties object to this transfer then they should move for reconsideration.

**SO ORDERED on May 28, 2018.**

<u>s/Mark E. Walker</u>
**United States District Judge**